ANNIE ROSENTHAL, as Administratrix of the Estate of MAX ROSENTHAL, Deceased, Respondent, *v.* EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.

Argued January 12, 1937; decided January 26, 1937.

*James D. Ewing* for appellant.

*David Schneir* and *Leon Wasserman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: FINCH, J.